UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| VS. | : | |
| | | 14-cr-382 |
| ELADIO SANTANA and LEROY BROOKS, | : | |
| Defendants. | : | **ORDER OF REASSIGNMENT** |
| | : | |
| | : | |

It is on this 5th day of January, 2015 on the court's own motion:

ORDERED that the above entitled matter is hereby reassigned from JUDGE JOSEPH E. IRENAS to JUDGE RENÉE MARIE BUMB.

                                            s/ Jerome B. Simandle
                                            **JEROME B. SIMANDLE, CHIEF JUDGE**